UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAVID ROSNER,

                       Plaintiff,

   -against-

NORTHSTAR LOCATION SERVICES, LLC

                       Defendant(s).
-----------------------------------------------------------------X

Civil Action No.: 12 CV 3437

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

     Pursuant to F.R.C.P. 41(a) (1) (A) (i), Plaintiff DAVID ROSNER by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant NORTHSTAR LOCATION SERVICES.

Dated: September 28th, 2012
       New York, New York

For: **David Rosner**

By: _/s/_____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

**SO ORDERED**

By:_____ _____
Hon. _____ , USDJ