UNITED STATES DISTRICT COURT          DOCKET & FILE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID ROSNER,

                                   Civil Action No.: 12 CV 3437

                   Plaintiff,

    -against-

                                    **NOTICE OF VOLUNTARY**
                                    **DISMISSAL PURSUANT**
                                    **TO F.R.C.P. 41(A)(1)(a)(i)**

NORTHSTAR LOCATION SERVICES, LLC

                   Defendant(s).
-------------------------------------------------------------X

     Pursuant to F.R.C.P. 41(a) (1) (A) (i), Plaintiff DAVID ROSNER by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant NORTHSTAR LOCATION SERVICES.

Dated: September 28th, 2012
         New York, New York

For:   **David Rosner**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

**SO ORDERED**

[signature]
9/28/12